IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JERAL DURANT HENDERSON, | § | |
| Plaintiff, | § § § | |
| V. | § | No. 3:23-CV-0884-D |
| JEHOVAH, ET AL., | § § § | |
| Defendants. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The undersigned district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding no error, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Accordingly, the court grants plaintiff's motion to proceed *in forma pauperis*, and also dismisses plaintiff's complaint with prejudice.

**SO ORDERED**.

May 31, 2023.

SIDNEY A. FITZWATER
SENIOR JUDGE